IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 09-285 |
| | ) |
| EDWIN ROLANDO COLINDRES-ESPINAL, | ) |
| Defendant. | ) |

<u>ORDER</u>

AND NOW, this 2nd day of March, 2010, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered October 15, 2009, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Friday, March 12, 2010 at 11 a.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

<u>s/Gary L. Lancaster</u>,J.
The Honorable Gary L. Lancaster,
Chief United States District Judge

cc: Michael L. Ivory,
Assistant United States Attorney

Linda E.J. Cohn,
Assistant Federal Public Defender

Ana Lahr,
Court Interpreter

U.S. Marshal

U.S. Pretrial Services

U.S. Probation